NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

SEP 4 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOUNTAIN RIGHT TO LIFE, INC., DBA Pregnancy and Family Resource Center; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> XAVIER BECERRA, Attorney General of the State of California, in his official capacity, <br><br> Defendant-Appellee. | No.   16-56130 <br><br> D.C. No. 5:16-cv-00119-TJH-SP <br><br> ORDER[*] |

On Remand From the United States Supreme Court

Submitted August 31, 2018[**]

Before:  LIPEZ,[***] BEA, and HURWITZ, Circuit Judges.

In light of the judgment of the Supreme Court, the memorandum disposition

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

[***]    The Honorable Kermit Victor Lipez, United States Circuit Judge for the First Circuit, sitting by designation.

of this court dated June 19, 2017 is **VACATED**. The judgment of the district court is also **VACATED** and this case is **REMANDED** to that court for reconsideration in light of *National Institute of Family and Life Advocates v. Becerra,* 585 U. S. \_\_\_\_ (2018).

      **VACATED AND REMANDED.**